

# Fourth Court of Appeals
## San Antonio, Texas

August 22, 2014

No. 04-14-00494-CV

**UNITED PARCEL SERVICE, INC.** and Roland Leal,
Appellant

v.

Robert Scott **RANKIN**, Individually, Rachelle Rankin, Individually and as Next Friend for
Avery Rankin, Kara Rankin, and Samuel Rankin, Minors,
Appellees

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-07922
Honorable Cathleen M. Stryker, Judge Presiding

## O R D E R

Mary Helen Vargas' notification of late reporter's record is hereby GRANTED. Further requests for extensions will be disfavored. Time is extended to October 13, 2014.

_Catherine Stone_
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of August, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court